UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMELIA RAY NISSENBAUM,

        Plaintiff(s),

  v.

INTERNAL REVENUE SERVICE

        Defendant(s).
_____/

No. C 06-5869 MHP

**ORDER EXTENDING TIME**

Plaintiff has written a letter to inquire about extending the time within which to pay the filing fee for this action and for a stay to await a response from the "appellate office" of the Internal Revenue Service. Due consideration having been given to plaintiff's request and there appearing to be good cause for her request,

IT IS HEREBY ORDERED that plaintiff's time within which to pay the filing fee is extended to and including February 15, 2007 and this action is STAYED until February 15, 2007.

IT IS FURTHER ORDERED that on or before February 28, 2007 plaintiff shall proceed with this action by serving the summons and complaint upon defendant, if she has not already done so, and shall file with this court on or before March 15, 2007, a case management statement in accordance with this court's earlier order. The statement need not be a joint statement. The Court will evaluate the statement and set an appropriate date for a Case Management Conference which all parties shall attend.

Dated: December 28, 2006

_____
MARILYN HALL PATEL
Judge
United States District Court
Northern District of California