**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No.C-06-5869 MHP

AMELIA RAY NISSENBAUM,

     Plaintiff(s),

  vs.

INTERNAL REVENUE SERVICE,

     Defendant(s).

_____/

**ORDER DISMISSING COMPLAINT**

     This action was initiated by the filing of a complaint on September 22. 2006.  On December 28, 2006 this court issued an order extending plaintiff's time within which to pay the filing fee to February 15, 2007 and stayed the action until that date.  As of this date the filing fee has not been paid.

     Therefore,

     IT IS HEREBY ORDERED that the complaint in this action is DISMISSED and the Clerk of Court shall close the file.

Date: February 23, 2007

MARILYN HALL PATEL
District Court Judge
United States District Court
Northern District of California

**ENDNOTES**

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28